718 S.E.2d 431

**The STATE, Petitioner,**

**v.**

**Charles Q. JACKSON, Respondent.**

**No. 27068.**

Supreme Court of South Carolina.

Heard Nov. 2, 2011.

Decided Nov. 21, 2011.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Mark R. Farthing, all of Columbia, and J. Strom Thurmond, Jr., of Aiken, for Petitioner.

Chief Appellate Defender Robert M. Dudek, of South Carolina Commission on Indigent Defense, of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *State v. Jackson*, 384 S.C. 29, 681 S.E.2d 17 (2009). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, HEARN, JJ., and Acting Justice JAMES E. MOORE, concur.